IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD GARNER FRAUNFELDER,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CITY OF MOBILE, ALABAMA,** )<br>)<br>   **Defendant.** ) | **CIVIL ACTION NO. 06-0256-CG-M** |

## JUDGMENT

In accordance with the court's order, dated January 4, 2008, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**DONE and ORDERED** this 7th day of January, 2008.

　　　　　　　　　　　　　　　　　　　/s/   Callie V. S. Granade
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE